UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-26058-LMR

**Frank E. Polo, Sr.**,

    Plaintiff, *pro se*

v.

**Juan Fernandez-Barquin,** in his official capacity**;**
**Scott Marcus Bernstein;**
**St. Thomas University, Inc.**,

    Defendants.
_____/

## ORDER OF REASSIGNMENT

**THIS MATTER** is before the Court on Plaintiff Frank E. Polo, Sr.'s Motion to Reassign Case [ECF No. 6] (the "Motion"). Pursuant to Administrative Order 2025-11, any party can object to Magistrate Judge jurisdiction "by filing a motion for case reassignment within the deadline given to the parties by the assigned Magistrate Judge."

Therefore, the Motion [ECF No. 6] is **GRANTED**. The Clerk is directed to randomly reassign the case to a District Judge, keeping the undersigned assigned to the case.

**SIGNED** this 7th day of January, 2026

                                                  LISETTE M. REID
                                                  UNITED STATES MAGISTRATE JUDGE

**cc:**    **All Counsel of Record**