**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-26058-DPG**

**FRANK E. POLO, SR.,**

     **Plaintiff,**

**v.**

**JUAN FERNANDEZ-BARQUIN, et al.,**

     **Defendants.**

_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff Frank E. Polo, Sr.'s Motion for Leave to Proceed *in Forma Pauperis* (the "IFP Motion"). [ECF No. 12]. On January 7, 2026, the Court referred the case to Magistrate Judge Lisette Reid for a ruling on all pretrial non-dispositive matters and a Report and Recommendation on all dispositive matters. [ECF No. 10]. On March 6, 2026, Judge Reid issued her Report and Recommendation (the "Report"), recommending that the IFP Motion be denied and that Plaintiff's Amended Complaint be dismissed. [ECF No. 21]. Plaintiff filed objections to the Report. [ECF No. 22].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784

(11th Cir. 2006). After conducting a *de novo* review of the record, the Court agrees with Judge

Reid's well-reasoned analysis and conclusion that the Motion be denied.

### CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)     The Report and Recommendation, [ECF No. 21], is **ADOPTED** in full.

(2)     Count I of Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

(3)     Counts II, III, IV, V, and VI of Plaintiff's Amended Complaint are **DISMISSED WITHOUT PREJUDICE**. By April 2, 2026, Plaintiff may seek leave to file a second amended complaint.

(4)     All other pending motions are **DENIED AS MOOT**.

(5)     This Case is **CLOSED** for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of March, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2