UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-26058-DPG

FRANK E. POLO, SR.

Plaintiff(s)

v.

JUAN FERNANDEZ-BARQUIN;
SCOTT MARCUS BERNSTEIN;
MERLIN HERNANDEZ;
RANDOLPH MARTINEZ;
MANUEL A. SEGARRA III;
ST. THOMAS UNIVERSITY, INC.;

Defendant(s)
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephanie E. Demos (Fla. Bar No. 0018831) and Jennifer Perez Alonso (Fla. Bar No. 0051389) of the firm Beasley, Demos & Brown, LLC hereby enter their appearance for and on behalf of the Defendant, MANUEL A. SEGARRA III., in the captioned proceeding.

## DESIGNATION OF EMAIL ADDRESSES

The undersigned requests that all documents, papers, pleadings and other materials required to be served be directed to the following designated email addresses

    Primary:     sdemos@beasleydemos.com
                    jalonso@beasleydemos.com

    Secondary:   crivera@beasleydemos.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed via CM/ECF on this 23 March 2026 and a copy of the foregoing will be served upon Plaintiff and all counsel of record.

By:   */s/ Jennifer R. Perez Alonso*
JENNIFER R. PEREZ ALONSO
Fla. Bar No. 0051389
jalonso@beasleydemos.com
BEASLEY, DEMOS & BROWN, LLC
201 Alhambra Circle, Suite 801
Coral Gables, Florida 33134
Tel: 305-669-3131/Fax: 786-306-6703
*Attorneys for Manuel A Segarra, III*