**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-26058-GAYLES**

**FRANK E. POLO, SR.,**

     **Plaintiff,**

v.

**JUAN FERNANDEZ-BARQUIN, et al.,**

     **Defendants.**

_____/

**ORDER**

    **THIS CAUSE** is before the Court upon Plaintiff's Motion for Disqualification and Recusal (the "Motion"). [ECF No. 25]. The Motion is **GRANTED**. The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers the matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of March 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE