# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
## (Miami Civil Division)

FRANK POLO )
      Plaintiff, )
    )
    )
v. )   **CASE NO:**_____
    )
JUAN FERNANDEZ BARQUIN, et al. )
    )
    )
    Defendants, )
_____/ )
    )

FILED BY _____ D.C.

MAR 31 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

25-cv-26058

## PLAINTIFF'S RENEWED MOTION FOR SHORT EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO AMEND

Plaintiff, Frank E. Polo, Sr., proceeding pro se, respectfully moves for a short extension of time to file a motion for leave to amend, and states:

1. On **March 19, 2026**, the Court entered an Order dismissing COUNT I with prejudice, dismissing COUNTS II-VI without prejudice, and providing that, by **April 2, 2026**, Plaintiff may seek leave to file a second amended complaint. See ECF No. 23.

2. On **March 27, 2026**, the undersigned filed Plaintiff's Motion to Revise Interlocutory Order Dismissing Count I Pursuant to Fed. R. Civ. P. 54(b).

3. Since entry of the **March 19, 2026** Order, Plaintiff has had to devote substantial time to researching and preparing that Rule 54(b) motion and to addressing issues arising from recusal and reassignment.

4. Plaintiff is proceeding pro se and has limited litigation resources and capacity.

Page **1** of **3**

5.   Good cause exists for a short extension. Plaintiff seeks only a brief extension so that any motion for leave to amend can be researched and prepared carefully and can avoid unnecessary procedural defects, duplication, or piecemeal presentation.

6.   The Rule 54(b) motion may materially affect whether amendment to COUNT I is necessary at all, or may substantially affect the scope of any requested amendment.

7.   Plaintiff does not seek this extension for purposes of delay. Plaintiff seeks it to permit orderly presentation of interrelated issues and to avoid the filing of a rushed and potentially defective motion for leave to amend.

8.   The requested extension is modest. Plaintiff requests an additional **15 days**, up to and including **April 17, 2026**, to file any motion for leave to amend.

9.   Plaintiff is informed that only one Defendant has voluntarily waived service thus far, and Plaintiff is unaware of any concrete prejudice that would result from a brief extension of this deadline.

1.   This request is made before expiration of the current deadline.

**WHEREFORE**, Plaintiff respectfully requests that the Court extend the current deadline to file a motion for leave to amend from **April 2, 2026** to **April 17, 2026**, and grant such other and further relief as the Court deems just and proper.

Dated: March 27, 2026

Respectfully submitted,

Dated: **March 25, 2026**

Respectfully submitted,

By: _____
Frank E. Polo, Sr.
Plaintiff, pro se

## CERTIFICATE OF SERVICE

10. I hereby certify that a true and correct copy of the foregoing was filed in person on this **25 March 2026**, and a copy of the foregoing will be served upon Plaintiff and all counsel of record via CM/ECF.

By: _____
Frank E. Polo, Sr.
Plaintiff, pro se

## CERTIFICATE OF CONFERRAL (S.D. FLA. L.R. 7.1(a)(3))

Plaintiff is proceeding pro se. To the extent Local Rule 7.1(a)(3) applies, Plaintiff conferred in good faith with opposing counsel on March 27, 2026, by telephone regarding the relief requested in this motion. Opposing counsel stated that Defendant does not agree to the requested 15-day extension of time.

By: _____
Frank E. Polo, Sr.
Plaintiff, pro se
1475 SW 8th St. Apt. 411
Miami, FL. 33135
Phone: 305-901-3360
E-Mail: Frank.Polo@msn.com

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
## (Miami Civil Division)

|  |  |  |
|---|---|---|
| **FRANK POLO** | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | **CASE NO:**____ 25-cv-26058 __/ |
| | ) | |
| **JUAN FERNANDEZ BARQUIN, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants, | ) | |
| _____/ | ) | |
| | ) | |

## ORDER ON PLAINTIFF'S RENEWED MOTION FOR SHORT EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO AMEND TO FILE MOTION FOR LEAVE TO AMEND

THIS CAUSE is before the Court on Plaintiff's Renewed Motion for Short Extension of Time to File Motion for Leave to Amend ("Motion"). The Court has reviewed the Motion, the record, and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion is GRANTED.

2. The deadline for Plaintiff to file a motion for leave to amend is EXTENDED up to and including **April 17, 2026**.

3. All other provisions of the Court's prior Orders remain in effect unless expressly modified herein.

1. DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of _____, 2026.

*Case No. 25-cv-26058*
*Polo, et al, V. Barquin, et al.*

By: _____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Case No. 25-cv-26058
Polo, et al. V. Barquin, et al.





US DISTRICT COURT SOUTHERN DIST
400 N MIAMI AVE
RM 8N09
MIAMI FL 33128

P: GREEN3 S: TRED          1:302

M316-5650 X

1ZW62W5203288240T0
SAT08405 XLE.RSL61-5.THL_31_07_56.22 2026