# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
## (Miami Civil Division)

FRANK POLO )
      Plaintiff, )
  )
  )
v. )    **CASE NO:**_____25-cv-26058____/
  )
JUAN FERNANDEZ BARQUIN, et al. )
  )
  )
  Defendants, )
_____/ )
  )

FILED BY _____ D.C.

APR 0 9 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

1. Plaintiff, FRANK E. POLO, SR., respectfully moves for leave to file the attached Second Amended Complaint and states:

2. On **March 19, 2026**, the Court entered an Order adopting the Report and Recommendation, dismissing Count I of the Amended Complaint with prejudice, dismissing Counts II, III, IV, V, and VI without prejudice, and expressly providing that "[b]y **April 2, 2026**, Plaintiff may seek leave to file a second amended complaint." See Order [ECF No. 23].

3. On **April 1, 2026**, Plaintiff filed a motion for extension of time to file a motion for leave to amend [ECF No. 30], which this Court partially granted on **April 1, 2026**, extending the deadline to file the Motion for Leave to Amend to **April 9, 2026** [ECF No. 33].

4. Plaintiff files this Motion within the time permitted by the Court's Order.

5. Federal Rule of Civil Procedure 15(a)(2) provides that leave to amend should be freely given when justice so requires.

Page 1 of 4

6. Plaintiff seeks leave in good faith and not for purposes of delay. Plaintiff has prepared a proposed Second Amended Complaint that narrows and revises the pleading in an effort to address the deficiencies identified in the dismissal order and Report and Recommendation.

7. Specifically, the proposed Second Amended Complaint:

A) does not reassert the claim dismissed with prejudice;

B) limits the federal claims to the post–**July 22, 2024** conduct alleged against Defendants Hernandez, Martinez, and Segarra;

C) separates the STU/Bernstein state-law claims into distinct factual sections and distinct counts;

D) narrows incorporation by reference on a count-by-count basis;

E) revises key inferential allegations so that the supporting facts are pleaded before the inference paragraphs;

F) removes or limits allegations not necessary to the specific counts asserted; and

G) reproduces the proposed amended pleading in full, consistent with Local Rule 15.1.

8. Plaintiff respectfully submits that the proposed amendment is not futile on its face and is offered in good faith to cure the pleading deficiencies identified in the Court's prior dismissal order and the Report and Recommendation.

9. In accordance with Local Rule 15.1, Plaintiff attaches the proposed Second Amended Complaint as Exhibit A.

10. Because the Court's **March 19, 2026** Order closed the case for administrative purposes while allowing Plaintiff to seek leave to amend, Plaintiff respectfully requests that, if this Motion

*Case No. 25-cv-26058*
*Polo V. Barquin, et al.*

is granted, the Court reopen the case for filing of the Second Amended Complaint and further proceedings.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant leave to file the attached Second Amended Complaint, direct the Clerk to reopen the case for further proceedings, and grant such other relief as the Court deems just and proper.

Dated: **April 9, 2026**

Respectfully submitted,

By: _____
Frank E. Polo, Sr.
Plaintiff, pro se

## § 1.     CERTIFICATE OF SERVICE

11. I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court on this 9th day of April, 2026, and that a copy of the foregoing will be served on all counsel of record via CM/ECF.

By: _____
Frank E. Polo, Sr.
Plaintiff, pro se

## § 2.     CERTIFICATE OF CONFERRAL (S.D. FLA. L.R. 7.1(A)(3))

Pursuant to Local Rule 7.1(a)(3), Plaintiff certifies that on March 30, 2026, Plaintiff conferred with counsel for Defendant, Mr. Segarra, regarding the relief requested in this Motion. Defense counsel responded that, without reviewing the proposed Second Amended Complaint, counsel could not evaluate whether to agree and therefore could not agree to the motion at that time. No agreement was reached.

*Case No. 25-cv-26058*
*Polo V. Barquin, et al.*

By: _____
Frank E. Polo, Sr.
Plaintiff, pro se
1475 SW 8th St. Apt. 411
Miami, FL. 33135
Phone: 305-901-3360
E-Mail: Frank.Polo@msn.com

*Case No. 25-cv-26058*
*Polo V. Barquin, et al.*