# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
### (Miami Civil Division)

| | |
|---|---|
| **FRANK POLO** <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> **JUAN FERNANDEZ BARQUIN, et al.** ) <br> ) <br> ) <br> ) <br> Defendants, ) <br> _____/ ) <br> ) | **CASE NO:**___ 25-cv-26058 __/ |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

1. THIS CAUSE came before the Court on Plaintiff's Motion for Leave to File Second Amended Complaint (the "Motion"). The Court has reviewed the Motion, the record, and is otherwise fully advised.

2. On **March 19, 2026,** the Court entered an Order adopting the Report and Recommendation, dismissing Count I of the Amended Complaint with prejudice, dismissing Counts II, III, IV, V, and VI without prejudice, and providing that by **April 2, 2026,** Plaintiff could seek leave to file a second amended complaint [ECF No. 23]. Plaintiff has now timely sought leave to file a proposed Second Amended Complaint.

3. On **April 1, 2026,** Plaintiff filed a motion for extension of time to file a motion for leave to amend [ECF No. 30], which the Court partially granted on **April 1, 2026,** extending the deadline to file the Motion for Leave to Amend to **April 9, 2026** [ECF No. 33].

4. Accordingly, it is ORDERED AND ADJUDGED as follows:

A.     Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED.

B.     The Clerk is directed to REOPEN this case for further proceedings.

C.     Plaintiff shall file the Second Amended Complaint, in the form attached to the Motion as Exhibit A, as a separate docket entry within five (7) days of the date of this Order.

D.     Defendants shall respond to the Second Amended Complaint within the time permitted by the Federal Rules of Civil Procedure.

5. DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____, 2026.

By: _____
   JOSE E. MARTINEZ
   UNITED STATES DISTRICT JUDGE

Case No. 25-cv-26058
Polo, et al, V. Barquin, et al.