UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-26058-CIV-MARTINEZ/REID

FRANK POLO,

      Plaintiff,

v.

JUAN FERNANDEZ BARQUIN, *et al.*,

      Defendants.

_____/

## ORDER

**THIS MATTER** comes before the Court on Plaintiff, Frank Polo's *pro se* Renewed Motion for Reconsideration, [ECF No. 40]. Plaintiff asks the Court to reconsider its Order Denying Plaintiff's Motion to for Leave to File his Second Amended Complaint [ECF No. 37], and its Order Denying Plaintiff's Motion for Reconsideration [ECF No. 39]. (*See* Mot.). Defendant's Motion ultimately seeks leave to file a Second Amended Complaint. (*See id.*). Like the previous motions, the instant Motion is without merit and must be denied. (*See id.*). For the reasons stated in the Court's previous Orders [ECF Nos. 37 and 39], it is

**ORDERED AND ADJUDGED** that Plaintiff Frank Polo's *pro se* Renewed Motion for Reconsideration **[ECF No. 40]** is **DENIED.** Plaintiff is warned that he will be precluded from submitting additional filings in this case if his conduct continues.

**DONE AND ORDERED** in Miami, Florida, this _14_ day of May 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record
       Frank Polo, *Pro Se*